**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

        v.                                                    17-CR-216-A
                                                              **ORDER**

ANTONIO CARR,

        Defendant.
_____

The Defendant is currently serving a 24-month sentence after pleading guilty to felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The Defendant did not appeal his conviction or sentence, nor has he filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

The Defendant has, however, filed a *pro se* motion for free copies of his sentencing transcript. Docket No. 39. For the reasons stated below, the Defendant's motion is denied without prejudice.

## DISCUSSION

The relief the Defendant seeks is governed by 28 U.S.C. § 753(f). In relevant part, § 753(f) provides:

> Fees for transcripts furnished in proceedings brought under [28 U.S.C. § 2255] to persons permitted to sue or appeal in forma pauperis shall be paid by the United States . . . if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

The Second Circuit has held that both "the plain language and necessary operation" of § 753(f) require that "a motion for a free transcript . . . is not ripe until a § 2255 motion has been filed." *United States v. Horvath*, 157 F.3d 131, 132 (2d

Cir. 1998). Because, as noted, the Defendant has not filed a § 2255 motion, § 753(f) does not authorize the Court to provide the Defendant with free transcripts.

## CONCLUSION

For the reasons stated above, the Defendant's motion is **DENIED** without prejudice.


Dated: October 15, 2018                     _s/Richard J. Arcara_____
     Buffalo, New York                     HONORABLE RICHARD J. ARCARA
                                             UNITED STATES DISTRICT JUDGE